**P. Muriel LOUGH, Petitioner,**

v.

**DEPARTMENT OF THE INTERIOR,**
**Respondent.**

No. 01–3247.

United States Court of Appeals,
Federal Circuit.

March 7, 2002.

Before CLEVENGER, RADER, and PROST, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED.

AFFIRMED. *See* Fed. Cir. R. 36.